# NO. 12-17-00320-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *MICHAEL KENNEDY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

*MEMORANDUM OPINION*
*PER CURIAM*

Relator, Michael Kennedy, has filed this original proceeding in which he seeks to compel the Honorable Mark Calhoon, judge of the 3rd District Court in Anderson, County, Texas, who presided over Relator's criminal case, and the justices of this Court to recuse themselves from a civil lawsuit filed in Anderson County, trial court cause number DCCV17-362-349.

At the outset, we note that Relator has not provided the "clear and concise argument" and "appropriate citations to authorities" required by Texas Rule of Appellate Procedure 52.3(h). *See* TEX. R. APP. P. 52.3(h). Nor has he provided this Court with the necessary documents required by the rules of appellate procedure. *See* TEX. R. APP. P. 52.3(k), 52.7(a)(1).

Additionally, the applicable rules governing recusal apply to judges in which the case is pending. *See* TEX. R. APP. P. 16.3 (stating that a party may move for recusal of a justice before whom the case is pending); *see also* TEX. R. CIV. P. 18a (a party may seek recusal of a judge who is sitting in the case by filing a motion with the clerk of the court in which the case is pending). Trial court cause number DCCV17-362-349 is not pending in the 3rd District Court, but is pending in the 349th Judicial District Court in Anderson County, of which the Honorable Pam Fletcher is judge. Moreover, there are no appeals properly pending before this Court in which Relator's civil lawsuit is at issue. Because Relator's civil case is not pending either in this Court or the 3rd District Court, we ***deny*** Relator's petition for writ of mandamus.

Opinion delivered October 25, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 25, 2017

NO. 12-17-00320-CV

**IN RE: MICHAEL KENNEDY,**
Relator

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Michael Kennedy; who is the relator in Cause No. DCCV17-362-349, pending on the docket of the 349th Judicial District Court of Anderson County, Texas. Said petition for writ of mandamus having been filed herein on October 19, 2017, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **denied**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*